# EXHIBIT A



# Notice of Service of Process

null / ALL
Transmittal Number: 29240789
Date Processed: 06/05/2024

| | |
|---|---|
| **Primary Contact:** | Lisa Harris<br>Truist<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 |
| **Entity:** | Truist Bank<br>Entity ID Number  4145691 |
| **Entity Served:** | Truist Bank |
| **Title of Action:** | Timothy P. Mitchell vs. Truist Bank Inc. |
| **Matter Name/ID:** | Timothy P. Mitchell vs. Truist Bank Inc. (15803906) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Floyd County Circuit Court, KY |
| **Case/Reference No:** | 24-CI-00322 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 06/05/2024 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Hon. Larry D. Brown<br>606-886-8132 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| | | |
|---|---|---|
| AOC-E-105<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | Sum Code: CI<br><br><br><br>**CIVIL SUMMONS** | Case #: **24-CI-00322**<br>Court:    **CIRCUIT**<br>County: **FLOYD** |

*Plantiff,* **MITCHELL, TIMOTHY VS. TRUIST BANK,** *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
       **421 WEST MAIN STREET**
       **FRANKFORT, KY 40601**

Memo: Related party is TRUIST BANK

The Commonwealth of Kentucky to Defendant:
**TRUIST BANK**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Douglas R. Hall, Floyd
Circuit Clerk
Date: **5/29/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____        Served By _____

                                    Title _____


Summons ID: 804420453927930@90005641313
CIRCUIT: 24-CI-00322 Certified Mail
MITCHELL, TIMOTHY VS. TRUIST BANK


eFiled

Page 1 of 1

**COMMONWEALTH OF KENTUCKY**
**FLOYD CIRCUIT COURT**
**CA NO 24-CI____**
*(Electronically filed)*

**TIMOTHY P. MITCHELL**                                        **PLAINTIFF**

VS.                              **COMPLAINT**

**TRUIST BANK INC.**
**214 NORTH TRYON STREET**
**CHARLOTTE, NC 28202**

Serve:
**CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**                                        **DEFENDANT**

  Comes the Plaintiff, Timothy P. Mitchell, by and through counsel, and for his Complaint against the Defendant herein, states as follows:

  1. That at all relevant times, the Plaintiff has been a resident of 14 Meadow Brook Court, Prestonsburg, Floyd County, Kentucky, 41653.

  2. That the Defendant, Truist Bank, Inc., formerly known as Branch Banking and Trust and/or BB&T is a financial institution with its principal place of business located at 214 North Tryon Street, Charlotte, NC 28202 and maintains as its agent for the service of process in the Commonwealth of Kentucky, Corporation Service Company, 421 West Main Street, Frankfort, KY 40601.

  3. That on November 23, 2015, the Defendant's predecessor, BB&T, filed a civil action in the Floyd Circuit Court styled "Branch Banking and Trust Successor by Merger to BB&T Financial FSB F/K/A BB&T Bankcard Corporation vs. Masonry Builders of Ky, Inc. and Timothy

1

P. Mitchell," designated CA No. 15-CI-00828, seeking to recover from the Defendants the sum of Twelve Thousand Eight Hundred Thirty-three Dollars and Twenty-seven Cents ($12,833.27). A true and accurate copy of the foregoing Complaint is attached hereto, and made a part hereof, the same as if set out at length herein, designated Plaintiff's Exhibit #1.

4. That on June 30, 2016, the Defendant secured a Judgment against the Plaintiff herein, Timothy P. Mitchell, in the amount of Sixteen Thousand Three Hundred Forty-three Dollars and Eighty-nine Cents ($16,343.89), plus interest at the rate of 12% per annum from June 30, 2016, plus all court costs, and subsequently filed a Judgment Lien against him with the Floyd County Clerk's Office on July 27, 2016 which appears of record in Lis Pendens Book 85, at page 552, asserting a lien against any and all real property the Plaintiff either owned or had an interest in located in Floyd County, Kentucky. A true and accurate copy of the foregoing Judgment Lien is attached hereto, and made a part hereof, the same as if set out at length herein, designated Plaintiff's Exhibit #2.

5. That on February 27, 2018, the Defendant secured a Judgment against the Plaintiff's company, Masonry Builders of Ky., Inc. in the amount of Fourteen Thousand One Hundred Forty-five Dollars and Seventy-five Cents ($14,145.75), plus interest at the rate of 12% per annum from February 27, 2018, plus all court costs, and again filed another Judgment Lien against the said corporation with the Floyd County Clerk's office on March 19, 2018 which appears of record in Lis Pendens Book 91 at page 8, asserting a lien against any and all real property owned by Masonry Builders of Ky. Inc. in Floyd County, Kentucky. A true and accurate copy of the foregoing Judgment Lien is attached hereto, and made a part hereof, the same as if set out at length herein, designated Plaintiff's Exhibit #3

2

6. That through negotiations with the Defendant, by and through their counsel, an Agreed Order was entered by the parties on November 14, 2016 whereby the Defendant, Timothy P. Mitchell, agreed to pay the sum of $500.00 per month on the Judgment amount, until paid. A true and accurate copy of the foregoing Agreed Order is attached hereto, and made a part hereof, the same as if set out at length herein, designated Plaintiff's Exhibit # 4.

7. That subsequent to the entry of the foregoing Agreed Order, counsel for the Defendant, Truist Bank f/k/a BB&T advised the Plaintiff herein in an email dated June 25, 2019, that Truist Bank f/k/a BB&T would settle the foregoing Judgments it had procured against the Plaintiff and Masonry Builders of Ky., Inc and that they would release the Judgment Liens they had filed as described above upon the receipt of the sum of Five Thousand Dollars ($5,000.00) which amount was paid to the Defendant by the Plaintiff on July 1, 2019.

8. That on February 7, 2022 the Defendant recorded an instrument in the Floyd County Clerk's Office entitled "Deed of Release of Judgment Lien" releasing the Judgment Lien that appears of record in Lis Pendens Book 91, at page 8 filed against Masonry Builders of KY, Inc. which release appears of record in Lis Pendens Book 102, at page 224, Floyd County Clerk's Office. A copy of the foregoing Release is attached hereto, and made a part hereof, the same as if set out at length herein, designated Plaintiff's Exhibit #5.

9. That since the Defendant received the sum of Five Thousand Dollars ($5,000.00) paid to it on July 1, 2019 in full and final settlement of CA No. 15-CI-828 it had filed against Masonry Builders of KY, Inc. and Timothy Mitchell, the Defendant has failed and/or refused to release the Judgment Lien it filed against the Plaintiff, Timothy P. Mitchell, individually, without good cause, which continues to constitute a lien on any and all real property he either owns or has

3

an interest in Floyd County, Kentucky, thereby casting a cloud of title on any and all real property he owns or has an interest in in said County.

10. That on November 21, 2023, pursuant to KRS 382.365, the Plaintiff, Timothy P. Mitchell, mailed a certified letter to Truist Bank, 214 N. Tryon Street, Charlotte, N.C. ATTN: Mike Maguire, Chief Financial Officer, to demand that the foregoing Judgment Lien the Defendant had filed against him recorded in Lis Pendens Book 85, at page 552, Floyd County Clerk's Office, be released as per the prior agreement between the parties. A true and accurate copy of the foregoing Certified Letter mailed to the Defendant is attached hereto, and made a part hereof, the same as if set out at length herein, designated Plaintiff's Exhibit #6.

11. That the foregoing letter was received by the Defendant on November 24, 2023, but to date, the Defendant has not yet released the Judgment Lien it has filed and wrongfully continues to maintain against the Plaintiff which appears of record in Lis Pendens Book 85, at page 552, Floyd County Clerk's Office.

12. That the Plaintiff has complied with the provisions of KRS. 382.365 and is entitled to an Order being entered by the Floyd Circuit Court ordering and directing the Floyd County Master Commissioner to immediately issue a release of the foregoing Judgment Lien on behalf of the Defendant which continues to wrongfully maintain the same against the Plaintiff herein.

13. That by virtue of the fact that the Plaintiff has satisfied the debt it owed to the Defendant in full per the negotiated settlement with the Defendant as stated above, the Defendant is without good cause for not having released its Judgment lien against the Plaintiff, and the Plaintiff is entitled to recover against the Defendant, the sum of $100 per day for each day after the fifteenth day from November 24, 2023 through to and including the present date, pursuant to KRS 382.365 (4).

4

14. That by virtue of the fact that the Plaintiff has satisfied the debt it owed to the Defendant in full per the negotiated settlement with the Defendant as stated above, and by virtue of the fact that the Defendant has continuously failed to release its Judgment Lien against the Plaintiff, Timothy Mitchell, which appears of record in Lis Pendens Book 85, at page 552, without good cause within forty-five (45) days from the date of the written notice it received on November 24, 2023, the Plaintiff is entitled to recover against the Defendant the additional sum of $400.00 per day for a total of $500.00 per day after the forty-fifth (45th) day from November 24, 2023 through to and including the date that the foregoing Judgment Lien is released, pursuant to KRS 382.365 (5).

15. That as a direct and proximate result of the Defendant's willful, wanton, and intentional disregard for the rights of the Plaintiff by continuing to maintain a lien on any and all real property owned by the Plaintiff herein in Floyd County, Kentucky, their lien constitutes an unauthorize cloud on the title to all real property the Plaintiff either owns or has an interest in in Floyd County, Kentucky, and has caused the Plaintiff to suffer great and enormous mental and emotional stress, pain, and suffering, all to his detriment in an amount in excess of the jurisdictional limits of the Floyd Circuit Court, if available.

16. That as a direct and proximate result of the Defendant's willful, wanton, and intentional disregard for the rights of the Plaintiff by continuing to maintain a lien on any and all real property owned by the Plaintiff herein in Floyd County, Kentucky, their lien has caused the Plaintiff great and enormous mental and emotional stress, pain, and suffering, for which the Plaintiff should be awarded punitive damages in an amount determined by a jury that would adequately compensate the Plaintiff herein, if available.

5

17.     That the failure and refusal of the Defendant to release the Judgment Lien it yet maintains against the Plaintiff as hereinabove stated constitutes an intentional infliction of emotional distress upon the Plaintiff in that their actions were intentional or reckless; its conduct was outrageous and intolerable and therefore offends the generally accepted standards in the industry of decency and morality which has caused the Plaintiff to endure great and enormous mental and emotional pain and suffering that is severe.

18.     That pursuant to KRS 382.365 (5) the Defendant is also liable to the Plaintiff for any and all costs associated with the maintenance of this action, plus reasonable attorney's fees for securing any award of relief and/or damages against the Defendant herein.

WHEREFORE, the Plaintiff demand Judgment against the Defendant herein as follows:

1.     That the Court enter an Order directing the Master Commissioner of this Court to immediately release the Judgment Lien filed by the Defendant herein against the Plaintiff, Timothy P. Mitchell.

2.     That the Court enter an Order finding that the Defendant, Truist Bank f/k/a BB & T was without good cause for failing to release the Judgment Lien it had filed against the Plaintiff as hereinabove stated, and award the Plaintiff all sums due him pursuant to KRS. 382.365 being One Hundred Dollars ($100.00) per day beginning fifteen (15) days after November 24, 2023, and an additional Four Hundred Dollars ($400.00) per day for a total of Five Hundred Dollars ($500.00) per day beginning forty-five (45) days after November 24, 2023 until such time as the Defendant releases its Judgment Lien against the Plaintiff, Timothy P. Mitchell.

3.     That the Plaintiff be awarded damages against the Defendant to compensate him for the cloud of title its unreleased Judgment Lien continues to create on his real property in Floyd

County, Kentucky in an amount in excess of the jurisdictional minimum of the Floyd Circuit Court, if available.

4. That the Plaintiff be awarded damages for the mental and emotional pain and suffering, anguish, and stress he has had to endure as the result of the Defendant's intentionally inflection thereof by failing and refusing to release its Judgment Lien against the Plaintiff, in an amount in excess of the jurisdictional minimum of the Floyd Circuit Court.

5. That the Plaintiff be awarded punitive damages against the Defendant for their willful, wanton, and intentional disregard they have for the rights of the Plaintiff in their deliberate failure to release the Judgment Lien it has filed against the Plaintiff, without just cause.

6. Trial by jury.

7. That the Plaintiff be allowed to recover their costs expended in the maintenance of this action, including reasonable attorney's fees, and recover any and all other proper and appropriate relief to which he may appear entitled.

/s/ Larry D. Brown
HON. LARRY D. BROWN
P. O. BOX 550
143 NORTH ARNOLD AVENUE
PRESTONSBURG, KY 41653
TELE: (606) 886-8132
FAX: (606) 886-8134
EMAIL: Ldbpsc@bellsouth.net

7

NO. 15-CI-828

FLOYD CIRCUIT COURT
DIVISION

BRANCH BANKING & TRUST COMPANY
SUCCESSOR BY MERGER TO BB&T
FINANCIAL FSB F/K/A BB&T
BANKCARD CORPORATION

PLAINTIFF

DIV. II

vs.

**COMPLAINT**

MASONRY BUILDER'S OF KY., INC.
TIMOTHY P MITCHELL

DEFENDANTS

\* \* \* \* \* \*

The Plaintiff, by counsel, for its cause of action against the Defendant states as follows:
1. The Defendant is indebted to the Plaintiff in the amount of $12,833.27.
2. Venue is proper with this court based on the Defendant residing in FLOYD County.

WHEREFORE, Plaintiff respectfully requests the following relief:
1. Judgment against the Defendant in the sum of $12,833.27;
2. Interest thereon at the rate of 12% per annum from the date of Judgment, until the Judgment is satisfied;
3. For Plaintiff's costs herein expended including a reasonable attorney's fee as set forth in the contract between the parties;
4. For any and all other relief to which the plaintiff may be entitled pursuant to contract, statute, or common law.

PATRICK J. KILBURN
LLOYD & McDANIEL, PLC
Attorneys for Plaintiff
P.O. Box 23200
Louisville, KY 40223-0200
(502) 585-1880

This letter is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector.
C385895/PSMARTCM/EZ2



NO. 15-CI-828 DIV II
FILED 23 DAY OF NOV., 2015
SUMMONS AND ___ COPIES ISSUED
FLOYD CIRCUIT & DISTRICT COURT
BY _____ D.C.

**EXHIBIT**
#1

LODGED FOR RECORD
DATE 7/27/16
TIME 11:21
FEE 13.00

Book 85 Page 552

Chris Waugh
Clerk of Floyd County
BY: Donna Duke D.C.

No. 15-CI-00828

FLOYD CIRCUIT COURT
DIVISION 2

BRANCH BANKING & TRUST COMPANY
SUCCESSOR BY MERGER TO BB&T
FINANCIAL FSB F/K/A BB&T BANKCARD
CORPORATION Care Of Lloyd & McDaniel
P.O. Box 23200
Louisville, KY 40223-0200

PLAINTIFF

**NOTICE OF JUDGMENT LIEN**

vs.

TIMOTHY P MITCHELL

DEFENDANT

\* \* \* \* \* \* \* \*

Take notice that the above referenced Plaintiff obtained a Judgment against the above referenced Defendant in the above Court, for the sum of $16,343.89 with interest accruing at the rate of 12% per annum from June 30, 2016, plus all costs expended, and as security for said Judgment levies on all of the right, title and interest of the Defendant, TIMOTHY P MITCHELL, in and to any real property located in Floyd County, Kentucky.

**NOTICE**

**NOTICE TO JUDGMENT DEBTOR** You may be entitled to an exemption under KRS 427.060, reprinted below. If you believe you are entitled to assert an exemption, seek legal advice.

KRS 427.060: "In addition to any exemption of personal property, an individual debtor's aggregate interest, not to exceed $5,000.00 in value, in real or personal property that such debtor or a dependent of such debtor uses as a permanent residence in this state, or in a burial plot for such debtor or a dependent of such debtor is exempt from sale under execution, attachment or judgment, except to foreclose a mortgage given by the owner of a homestead or for purchase money due thereon. This exemption shall not apply if the debt or liability existed prior to the purchase of the property or the erection of the improvements thereon."

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed on 7/25/16 to TIMOTHY P MITCHELL, at the last known address, in compliance with KRS 426.720(1)(c).

ATTORNEY FOR THE PLAINTIFF

PATRICK J. KILBURN
LLOYD & McDANIEL, PLC
P.O. Box 23200
Louisville, KY 40223-0200
(502) 585-1880

PREPARED BY:

PATRICK J. KILBURN
LLOYD & McDANIEL, PLC
P.O. Box 23200
Louisville, KY 40223-0200
(502) 585-1880

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
C385895/P603X2/SH

STATE OF KENTUCKY, COUNTY OF FLOYD, S.S.
I, CHRIS WAUGH, Clerk of Floyd County Certify that the foregoing _____ was on the 27th day of July 20 16 at 11:2 o'clock a.m. lodged for record whereupon the same with the foregoing and this certificate have been duly recorded in my office.
Witness my hand this 27th day of July 20 16
CHRIS WAUGH, CLERK by Donna Duke D.C.

**EXHIBIT**
#2

Book 91 Page 8

No. 15-CI-00828

FLOYD CIRCUIT COURT
DIVISION 2

BRANCH BANKING & TRUST COMPANY
SUCCESSOR BY MERGER TO BB&T
FINANCIAL FSB F/K/A BB&T BANKCARD
CORPORATION Care Of Lloyd & McDaniel
P.O. Box 23200
Louisville, KY 40223-0200

PLAINTIFF

LODGED FOR RECORD
DATE 3-19-18
TIME 1:21 PM
FEE 13. 00

Chris Waugh
Clerk of Floyd County
BY: _____ D.C.

**NOTICE OF JUDGMENT LIEN**

vs.

MASONRY BUILDER'S OF KY., INC.

DEFENDANT

\* \* \* \* \* \* \* \*

Take notice that the above referenced Plaintiff obtained a Judgment against the above referenced Defendant in the above Court, for the sum of $14,145.75 with interest accruing at the rate of 12% per annum from February 27, 2018, plus all costs expended, and as security for said Judgment levies on all of the right, title and interest of the Defendant, MASONRY BUILDER'S OF KY., INC., in and to any real property located in Floyd County, Kentucky.

**NOTICE**

NOTICE TO JUDGMENT DEBTOR   You may be entitled to an exemption under KRS 427.060, reprinted below. If you believe you are entitled to assert an exemption, seek legal advice.

KRS 427.060: "In addition to any exemption of personal property, an individual debtor's aggregate interest, not to exceed $5,000.00 in value, in real or personal property that such debtor or a dependent of such debtor uses as a permanent residence in this state, or in a burial plot for such debtor or a dependent of such debtor is exempt from sale under execution, attachment or judgment, except to foreclose a mortgage given by the owner of a homestead or for purchase money due thereon. This exemption shall not apply if the debt or liability existed prior to the purchase of the property or the erection of the improvements thereon."

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed on 3/15/18 to MASONRY BUILDER'S OF KY., INC., at the last known address, in compliance with KRS 426.720(1)(c).

ATTORNEY FOR THE PLAINTIFF:

_____
PATRICK J. KILBURN
LLOYD & McDANIEL, PLC
P.O. Box 23200
Louisville, KY 40223-0200
(502) 585-1880

PREPARED BY:

_____
PATRICK J. KILBURN
LLOYD & McDANIEL, PLC
P.O. Box 23200
Louisville, KY 40223-0200
(502) 585-1880

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**
C385895/P603X/CJB

STATE OF KENTUCKY, COUNTY OF FLOYD, S.S.
I, CHRIS WAUGH, Clerk of Floyd County certify that the foregoing _____ was on the 19th day of March, 2018 at 1:21 o'clock P.m. lodged for record whereupon the same with the foregoing and this certificate have been duly recorded in my office.
Witness my hand, this 19th _____ 2018
CHRIS WAUGH, CLERK By: _____



EXHIBIT
24-CI-003__ 05/29/2024
#3





FILED / TENDERED / ENTERED / RECEIVED
THIS 14 DAY OF NOV 2016
DOUGLAS R. HALL, CLERK
BY: ___

NO. 15-CI-00828

FLOYD CIRCUIT COURT
DIVISION 2

BRANCH BANKING & TRUST
COMPANY SUCCESSOR BY MERGER TO
BB&T FINANCIAL FSB F/K/A BB&T
BANKCARD CORPORATION

PLAINTIFF

vs.

**AGREED ORDER**

TIMOTHY P MITCHELL, et al.

DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

The Plaintiff, BRANCH BANKING & TRUST COMPANY, by counsel, and the Defendant, TIMOTHY P. MITCHELL, by counsel, agree as follows:

1. Plaintiff is the holder of a Judgment entered by the Court on June 24, 2016 in the amount of $12,833.27 plus an attorneys fee equal to $25% of the judgment balance, plus court costs of $302.30, and costs for the filing of any executions, including judgment liens and garnishments, plus interest at the rate of 12% per annum from the date of Judgment until this Judgment is Satisfied. The Judgment balance as of September 30, 2016 is $16,959.09.

2. It is further agreed that if Defendant pays $500.00 to Plaintiff, with the first payment due on or before November 1, 2016, and $500.00 by the 1st of each subsequent month thereafter until the total sum referenced in Paragraph 1 above is paid, Plaintiff shall not issue execution on this Judgment. Defendant may prepay all or any portion of this amount at any time without penalty.

3. It is further agreed that if the Defendant defaults from the payment schedule set forth in paragraph 2, Plaintiff shall be free to issue execution on this Judgment forthwith.

This is a final and appealable Judgment and there is no just cause for delay.

_____
JUDGE

11/9/16
DATE

HAVE SEEN AND AGREE:

_____
PATRICK J. KILBURN
Attorneys for Plaintiff
LLOYD & McDANIEL, PLC
11405 Park Rd, Suite 200
PO Box 23200
Louisville, Kentucky

_____
Jimmy C. Webb
Attorney for Defendant
LAW OFFICE
Court St
Prestonsburg, KY 41653

**EXHIBIT #4**



Book: 102  Pages: 224-226 (3)
Name: LP
CHRIS WAUGH
FLOYD COUNTY
2/7/2022 1:18 PM


1178828

NO. 15-CI-00828

FLOYD CIRCUIT COURT
DIVISION 2

BRANCH BANKING & TRUST COMPANY
SUCCESSOR BY MERGER TO BB&T FINANCIAL
FSB F/K/A BB&T BANKCARD CORPORATION

PLAINTIFF

vs.

**DEED OF RELEASE OF JUDGMENT LIEN**

Timothy P Mitchell
PO Box 1778
Prestonsburg KY 41653-5778

DEFENDANT

Comes the above named Plaintiff and hereby releases and forever discharges unto the above named Judgment Defendant, the Notice of Judgment Lien filed March 19, 2018 in Book 91, Page 8.

_____
PATRICK J. KILBURN
LLOYD & McDANIEL, PLC, *Attorneys for Plaintiff*

C385895/PKYLR/Simone




EXHIBIT
#5

COMMONWEALTH OF KENTUCKY   )
                           ) SS
COUNTY OF JEFFERSON        )

The foregoing document was subscribed, acknowledged and sworn to before me by the undersigned, on 1/24/2022.

My Commission Expires: 12/27/2025

_____
NOTARY PUBLIC

Claire Kremer
_____
PRINT NAME

Instrument Prepared By:

PATRICK J. KILBURN
LLOYD & McDANIEL, PLC, *Attorneys for Plaintiff*
P.O. Box 23200 | Louisville, KY 40223-0200
Toll Free: 866.585.1880 | Fax: 502.585.3054 | courts@lloydmc.com

C385895/PKYLR/Simone



# Masonry Builders of Ky. Inc.

### Phone: 606 793 3107

### Email: masonrybuilders@yahoo.com

Truist Bank

214. N. Tryon St.

Charlotte, North Carolina 28202

VIA CERTIFIFIED MAIL:

9589-0710-5270-1228-8984.60

ATTN: Mike Maguire, Chief Financial Officer or Officer

RE: Branch Banking & Trust Company Successor by Merger to BB&T Financial FSB F/K/A BB&T Bank Card

   Corporation: Care of Lloyd & McDaniel, PO Box 23200 Louisville, Ky. 40223-0200

   Judgement Lien (Judgement Debtor: Masonry builders of Ky Inc) Recorded March 19 2018 In Floyd County Kentucky Clerk's Office. Book 91 Page 8, and Judgement Lien (Judgement Debtor Timothy Mitchell) Recorded in Floyd County clerk's Office dated July 27 2016, Book 85 page 552

Mr. Maguire or Officer

Masonry Builders of Ky. Inc. & Timothy Mitchell paid off the above referenced Judgement Lien assigned to your company by check dated June 23, 2019 in the agreed amount of $5,000.00. Check number 13011. To date the above referenced lien assignment has never been released. Your company received the agreed pay-off amount on July 1, 2019. It has been excess of 4 years since payment was received by your company that satisfied the judgment lien.

   Pursuant to KRS. 383.365, this letter is notice to you of your failure to release the above referenced Judgement Lien in a timely manner, without good cause. I, Timothy Mitchell, President of Masonry Builders of Ky. Inc. is demanding the same be released immediately from my personal and business properties

Sincerely:

Timothy Mitchell

President:

PO BOX 1778, 112 MITCHELL STREET PRESTONSBURG KY 41653



**EXHIBIT #6**

**UNITED STATES POSTAL SERVICE**

PRESTONSBURG
119 FRANKLIN
PRESTONSBURG KY 41653
(800)275-8777

11/21/2023                                    12:35 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mail Pickup | 1 | | $0.00 |

Tracking #:
9589 0710 5270 1622

First-Class Mail®   1              $0.90
Letter
    Charlotte, NC 28202
    Weight: 0 lb 1.20 oz
    Estimated Delivery Date
        Sat 11/25/2023
    Certified Mail®                $4.35
        Tracking #:
        9589 0710 5270 1228 8884 60
    Return Receipt                 $3.55
        Tracking #:
        9590 9402 8400 3156 9774 87

Total                              $8.80

Grand Total:                       $8.80

Credit Card Remit                  $8.80
    Card Name: VISA
    Account #: XXXXXXXXXXXX3370
    Approval #: 05706D
    Transaction #: 696
    AID: A0000000031010    Chip
    AL: VISA CREDIT
    PIN Not Required    CHASE VISA

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 262288-0653

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Charlotte, NC 28202                          0653
                                              30
Certified Mail Fee   $4.35
$                    $3.55
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                    $0.90
                                          11/21/2023
Total Postage and Fees
$ $8.80

Sent To
1st Bank
Street and Apt. No., or PO Box No.
214 N. Tryon St.
City, State, ZIP+4®
Charlotte NC. 28202

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Filed 24-CI-00322 05/29/2024 Douglas R. Hall, Floyd Circuit Clerk

Douglas R. Hall, Floyd Circuit Clerk
Floyd County Justice Center, 127 South Lake Dr.
Prestonsburg, KY 41653-3365



**USPS CERTIFIED MAIL**

9236 0901 9403 8363 6465 23

Case Number: 24-CI-00322

Restricted Delivery

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601
Case Number: 24-CI-00322



### KCOJ eFiling Cover Sheet

Case Number: 24-CI-00322

Envelope Number: 8044204

Package Retrieval Number: 804420453927930@90005641313

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 17.41

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Page 1 of 1    Generated: 5/29/2024 2:44:06 PM

Package : 000001 of 000020

Presiding Judge: HON. JOHNNY RAY HARRIS (631314)



se: 7:24-cv-00041-KKC   Doc #: 1-1   Filed: 06/25/24   Page: 20 of 20 - Page ID#:

